## 12984.  MURRAY v. THE STATE.

BROYLES, C. J.  There is no merit in either ground of the amendment to the motion for a new trial, and the verdict was authorized by the evidence and approved by the trial judge.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1921.

Indictment for manufacture of liquor; from Lincoln superior court — Judge Shurley.   September 21, 1921.

*R. W. Ware,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

## 12985.  BENTLEY v. THE STATE.

LUKE, J.  A conviction of the offense of attempting to manufacture liquor was authorized by the evidence, the verdict has the approval of the trial judge, and there is no merit in the assignments of error upon the admission of evidence and upon an excerpt from the charge of the court. The charge of the court in its entirety was full and fair.   It was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 13, 1921.

Conviction of attempt to manufacture liquor; from Lincoln superior court — Judge Shurley.   September 21, 1921.

*R. W. Ware,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.